KENNETH M. SORENSON
United States Attorney
District of Hawaii

AISLINN K. AFFINITO
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: aislinn.affinito@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Feb 6, 2026 4:50 PM
Lucy H. Carrillo, Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 26-00015-HG |
| Plaintiff, | INFORMATION |
| vs. | [21 U.S.C. § 846] |
| CHRISTIAN TAGUDING, | |
| Defendant. | |

INFORMATION

The United States Attorney charges:

Conspiracy to Distribute a Controlled Substance
(21 U.S.C. § 846)

From a precise date unknown, but by at least in or about 2020, and continuing to on or about November 22, 2022, in the District of Hawaii and elsewhere, CHRISTIAN TAGUDING, the defendant, did knowingly and intentionally combine, conspire, confederate, and agree with other persons, known and unknown, to distribute and to possess with intent to distribute a controlled substance, namely 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

All in violation of Title 21, United States Code, Section 846.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

DATED: February 6, 2026, at Honolulu, Hawaii.

_____ (for)
KENNETH M. SORENSON
United States Attorney
District of Hawaii

_____
AISLINN K. AFFINITO
Assistant U.S. Attorney

United States v. Christian Taguding
Information
Cr. No. **26-00015-HG**

3